THEODORUS BRON *ET AL.*, PLAINTIFFS-PETITIONERS, v. HARRY WEINTRAUB *ET AL.*, DEFENDANTS-RESPOND-ENTS.

See same case below: 79 *N. J. Super.* 106.

*Messrs. Boyd, Dodd, Keer & Booth* for the petitioners.

*Miss Sylvia B. Pressler* for the respondents.

July 1, 1963.   Granted.

JACK BREITBART, TRADING, ETC., PLAINTIFF-PETI-TIONER, v. PRINCETON FOLDING BOX CORP., DEFEND-ANT-RESPONDENT.

*Messrs. Darling & Jobes* for the petitioner.

*Mr. Ira A. Levy* for the respondent.

July 1, 1963.   Denied.